TOWN OF EAST WINDSOR *v.* EDWIN THRALL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 15 Conn. App. 808, is denied.

*Edwin Thrall,* pro se, and *Olive Thrall,* pro se, in support of the petition.

Decided September 20, 1988

WILMA GERRY SCHURGAST *v.* ANSELM WOLFGANG SCHURGAST

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 815, is denied.

*F. Woodward Lewis,* in support of the petition.

*John N. Montalbano,* in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* JAMES T. STONE

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 819, is denied.

*Richard W. Gifford,* in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* JAMES BOONE

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 34, is denied.

*Peter A. Gutermann,* in support of the petition.

Decided October 4, 1988